■ In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by ROBERT ABRAMS, as Attorney-General of the State of New York, Respondent, v WALTER G. COOK, Also Known as WALTER J. COOK, JR., et al., Appellants, and NORMAN H. KAYE, Respondent. (Appeal No. 1.)—Appeal unanimously dismissed, without costs. Memorandum: It is uncontroverted that respondent was released on bail after his arrest on May 5, 1985, and was required to appear in court on May 8, 1985. He has remained a fugitive since that time. We decline to consider his appeal since there is no indication that he would comply with whatever order we might make *(see, Smith v United States,* 94 US 97; *see also, People ex rel. Martinez v Walters,* 63 NY2d 727). (Appeal from order of Supreme Court, Cayuga County, Corning, J.—criminal contempt.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.